FILED
2026 Sep-03 AM 09:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**Western Division**

| | | |
|---|---|---|
| DOUGLAS GIBSON, on behalf of himself individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | Case No. 7:24-cv-00095-EGL |
| v. | ) | |
| WARRIOR MET COAL, INC., | ) | |
| Defendant. | ) | |

**PLAINTIFF'S AMENDED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

COMES NOW Plaintiff Douglas Gibson (on behalf of himself and the Settlement Class) in the above-styled action, who will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiff's Amended Unopposed Motion for Preliminary Approval of Class Action Settlement.[1]

Plaintiff bases this Motion for Preliminary Approval of Class Action Settlement on: this Notice; the Memorandum of Points and Authorities filed in

---

[1] This Motion and its attachments have been revised pursuant to the Court's Notice at Doc. 45.

support thereof; the Settlement Agreement and Release ("Settlement Agreement") and all exhibits attached thereto; the Declaration of Gary M. Klinger in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement; all other records and papers on file in this action; any oral argument on the Motion; and all other matters properly before the Court.

Plaintiff seeks an order pursuant to Federal Rule of Civil Procedure 23(b)(3) certifying the Settlement Class more fully described in the Settlement Agreement, attached to the Klinger Declaration as Exhibit 1; preliminarily approving the Settlement as fair, reasonable, and adequate; directing notice to be disseminated to the Settlement Class in the form and manner proposed by the parties as set forth in the Settlement Agreement and attached as Exhibits A, B, and C thereto; appointing Kroll Settlement Administration, LLC to serve as the Claims Administrator; appointing Plaintiff as the Class Representative and Gary M. Klinger of Milberg, PLLC as Class Counsel; and setting a hearing date and schedule for final approval of the Settlement and consideration of Class Counsel's forthcoming motion for an award of fees, costs, expenses, and service awards.

Dated: September 3, 2026

Respectfully submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger
Admitted Pro Hac Vice
**MILBERG, PLLC**
227 W. Monroe St., Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

OF COUNSEL:

*/s/ Larry A. Golston, Jr.*
Larry A. Golston, Jr.
Leon Hampton, Jr.
Lauren E. Miles
Jessica M. Haynes
W. Daniel "Dee" Miles III
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, AL 36103
Tel: (334) 269-2343
Fax: (334) 954-7555
larry.golston@beasleyallen.com

**CERTIFICATE OF SERVICE**

This is to certify that on September 3, 2026, a copy of the foregoing has been filed electronically using the Court's CM/ECF electronic filing system, which will send notice to the following parties:

Mary Caroline Wynn
mwynn@maynardnexsen.com
Thomas J. Butler
tbutler@maynardnexsen.com
Grace L. Kipp
gkipp@maynardenxsen.com
**MAYNARD NEXSEN, P.C.**
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
T: (205) 254-1000
F: (205) 254-1999

*/s/ Gary M. Klinger*
Gary M. Klinger