FILED
2026 Sep-03 AM 09:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**Western Division**

DOUGLAS GIBSON, on behalf of himself individually and on behalf of all others similarly situated,

Plaintiff,

v.

WARRIOR MET COAL, INC.,

Defendant.

Case No. 7:24-cv-00095-EGL

# AMENDMENT TO SETTLEMENT AGREEMENT

In order to be consistent with Section 5.1 of the Settlement Agreement, the Parties hereby jointly acknowledge and agree to amend Section 1.14 of the Settlement Agreement as follows:

1.14 "Objection Date" means the last date by which Settlement Class Members must mail to the Settlement Administrator their written objection to the Settlement for that objection to be effective. The postmark date shall constitute evidence of the date of mailing for these purposes. The Objection Date shall be sixty (60) days after the Notice Commencement Date. Class Counsel will file any motion for attorney's fees, costs, and service award fourteen (14) days prior to the opt-out and objection deadlines.

Attached hereto as Exhibits A, B, C, and D respectively are the Claim Form, the revised Short Form Notice, the revised Long Form Notice, and the Amended Preliminary Approval Order.

Dated: September 3, 2026

*/s/ Thomas J. Butler*
Thomas J. Butler
**MAYNARD NEXSEN, P.C.**
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Tel: (205) 254-1000
tbutler@maynardnexsen.com

***Counsel for Warrior Met Coal***

*/s/ Gary M. Klinger*
Gary M. Klinger *(pro hac vice)*
**MILBERG, PLLC**
227 West Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

***Counsel for Proposed Representative Plaintiff and Class Counsel***